UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ZHONGSHAN TANDEM PLASTIC PRODUCTS
CO., LTD.,

Civ. No. 21-cv-02321

Plaintiff,

-against-

STRAIGHTLINE CAPITAL, LLC, DAVD AULT,
CKR LAW, LLP, and JEFFREY A. RINDE,

Defendants.
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

**CHRISTINE D'AQUILA**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by SilvermanAcampora LLP.

On April 15, 2021 deponent served the within documents:

- **RULE 4 NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS;**

- **RULE 4 WAIVER OF THE SERVICE OF A SUMMONS, along with a self-addressed stamped envelope; and**

- **SUMMONS and COMPLAINT, along with Rule 7.1 Corporate Disclosure Statement**

by first-class mail to the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:** STRAIGHTLINE CAPITAL, LLC
2366 Minnesota 36
Suite 400
Rosenville, Minnesota 55113
Attn: Officer, Director or Managing Agent

DAVID AULT
2366 Minnesota 36
Suite 400
Rosenville, Minnesota 55113

CKR LAW, LLP
1330 Avenue of the Americas
New York, New York 10019
Attn: Officer, Director or Managing Agent

JEFFREY A. RINDE
1330 Avenue of the Americas
New York, New York 10019

**CHRISTINE D'AQUILA**

Sworn to before me this
15th day of April, 2021

_____
Notary Public

Gina Meyers
Notary Public, State of New York
No.: 01ME6377839
Qualified in Suffolk County
Commission Expires July 16, 2022

2715137v1 / 067919.2 / CD