## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:21-CV-02321-JPO

Date Filed: 3/17/2021

Plaintiff:
**Zhongshan Tandem Plastic Products Co., Ltd.**

vs.

Defendant:
**Straightline Capital, LLC, et al.**

State of New York, County of Albany)ss.:

For:
Silverman Acampora LLP
100 Jericho Quadrangle- Suite 300
Jericho, NY 11753

Received these papers to be served on CKR Law LLP s/h/a CKR Law, LLP.

I, James Boland, being duly sworn, depose and say that on the 3rd day of June, 2021 at 3:15 pm, I:

Served the within named **LIMITED LIABILITY PARTNERSHIP**, CKR Law LLP s/h/a CKR Law, LLP by delivering two true copies of the Summons in a Civil Action, Complaint, Rule 7.1 Corporate Disclosure Statement, Civil Cover Sheet, Individual Rules and Practices of J. Paul Oetken, U.S.D.J. in Civil Cases and Electronic Case Filing Rules & Instructions pursuant to section 121-1502 LLPL together with statutory service fee in the amount of $40.00 to Richard DiGiovanna as Counsel of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12231, as **Registered Agent** of the within named limited partnership, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 250, Hair: Gray, Glasses: Y

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 11th day of June, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2022

_____
James Boland
Process Server

Our Job Serial Number: 2021002174
Ref: 1451961

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x