SILVERMAN ACAMPORA LLP 100 JERICHO QUADRANGLE SUITE 300 JERICHO, NY 11753

## AFFIDAVIT OF SERVICE

Client's File No.: _____
Civil Action #: 1:21-cv-02321-JPO
Date Filed: March 17, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ZHONGSHAN TANDEM PLASTIC PRODUCTS CO., LTD.,
Plaintiff

vs

STRAIGHTLINE CAPITAL, LLC, et al.,
Defendant



STATE OF FLORIDA COUNTY OF NASSAU SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of _____

That on the following date: **June 15, 2021**, at the following time: **10:45 AM**,
at **14227 WILD TIMBER COURT, ESTERO, FL 33928** deponent served the within Summons in a Civil Action, Complaint, Rule 7.1 Corporate Disclosure Statement, Civil Cover Sheet, Individual Rules and Practices of J. Paul Oetken, U.S.D.J. in Civil Cases and Electronic Case Filing Rules & Instructions

[X] Papers so served were properly endorsed with the Civil Action # and date of filing.

**Upon: DAVID AULT**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[X] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address on **June 16, 2021**.

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[X] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State. [X] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**  Sex: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** — I attempted service on 05/24/21 @ 6:50 p.m. There was no answer. There was a realtor's lock box on the front door and a package addressed to the Subject on the porch. There were no cars in the driveway. I left a card in the door. I attempted service on 05/26/21 @ 7:39 p.m. There was no answer. The card that I left on the front door was no longer there. I attempted service on 06/01/21 @ 7:36 p.m. There were no cars parked in the driveway. I spoke with a neighbor who didn't recognize the Subject's name however stated that the house is up for sale and the owners haven't been seen in a while. I attempted service on 06/04/21 @ 1:53 p.m. There was no answer. There is as package addressed to the Subject on the door step. I attempted service on 06/10/21 @ 12:11 p.m. There was no answer. I knocked on the neighbor's door and was advised that the Subject and his family went up north for a couple of months. They also stated that the Subject has house cleaners come by occasionally. They have not seen anyone other than the house cleaners come in or out of the Subject's house in about a month. I attempted service on 06/15/21 @ 10:45 a.m. There was no answer. DOCUMENTS POSTED on a double blue door with window based on a search indicating this location as the Subject's current address. I was unable to verify military status.

Sworn to before me on **June 18, 2021**

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Gregory L. August
PROCESS SERVER LICENSE # _____

Work Order # 1451758

CHERYL PARKER AVERILL
Commission # GG 319311
Expires August 3, 2023
Bonded Thru Troy Fain Insurance 800-385-7019