**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZHONGSHAN TANDEM PLASTIC
PRODUCTS CO., LTD.,

                    Plaintiff,

                                                                                      21 **CIVIL** 2321 (JPO)

                -against-                                                 **DEFAULT JUDGMENT**

STRAIGHTLINE CAPITAL, LLC, et al.,
                    Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated May 25, 2022, Plaintiff's motion for default judgment against Defendants Straightline LLC and David Ault is GRANTED. Plaintiff is awarded $552,000, jointly and severally against Straightline LLC and David Ault, with prejudgment interest at 9% per annum from March 30, 2020 through the date of judgment, in the amount of $106,982.14.

**DATED**: New York, New York
              May 25, 2022

                                                                            **RUBY J. KRAJICK**
                                                                             **Clerk of Court**

                                                        **BY:** *K. Mango*
                                                                             **Deputy Clerk**